**UNITED STATES of America**

v.

**Gilbert L. DOZIER.**

**Crim. No. 80–02–B.**

United States District Court,
M. D. Louisiana.

July 30, 1980.

Donald L. Beckner, U.S. Atty., Mitchell B. Lansden, Ian F. Hipwell, Asst. U.S. Attys., Baton Rouge, La., for plaintiff.

Camille Gravel, Alexandria, La., E. Drew McKinnis, McKinnis, Juban & Bevan, Baton Rouge, La., William H. Jeffress, Jr., Miller, Cassidy, Larroca & Lewin, Washington, D.C., for defendant.

POLOZOLA, District Judge.

The defendant, Gilbert L. Dozier, has filed a motion to dismiss Count I of the indictment on the grounds that the Department of Agriculture is not an "enterprise" as defined in the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961, et seq. No oral argument is required on this motion.

The Court finds that the Louisiana Department of Agriculture is an enterprise within the meaning of 18 U.S.C. § 1961(4). Therefore, defendant's motion to dismiss Count I of the indictment must be denied. *United States v. Bright,* 78–5472 (5 Cir. July 11, 1980); *United States v. Brown,* 555 F.2d 407 (5 Cir.1977), certiorari denied 435 U.S. 904, 98 S.Ct. 1448, 55 L.Ed.2d 494 (1978); *United States v. Baker,* 617 F.2d 1060 (4 Cir.1980); *United States v. Grzywacz,* 603 F.2d 682 (7 Cir.1979); *United States v. Frumento,* 563 F.2d 1083 (3 Cir. 1977); *United States v. Bacheler,* 611 F.2d 443 (3 Cir.1979); *United States v. Vignola,* 464 F.Supp. 1091 (E.D.Pa.1979), aff. mem., 605 F.2d 1199 (3 Cir.1979); *United States v. Altomare,* 625 F.2d 5 (4 Cir. July 17, 1980); *United States v. Barber,* 476 F.Supp. 182 (S.D.W.Va.1979).

Therefore:

IT IS ORDERED that defendant's motion to dismiss Count I of the indictment be and it is hereby DENIED.